# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2017

## NO. 03-16-00735-CR

### Ex parte Oscar Pena

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the trial court's order denying appellant's application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.